IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SONYA L. CHAPMAN, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:05-CV-1997-N |
| ) | ECF |
| JOHN DOE, et al., ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. In particular, the Court finds that while Plaintiff has identified the two unnamed defendants, Plaintiff has failed to demonstrate that it would be unjust to enforce the sanctions previously imposed against her.

**SIGNED January 24, 2008.**

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE